**Appellate Department, Superior Court, San Bernardino**

[Crim. A. No. 15.   Oct. 23, 1953.]

THE PEOPLE, Respondent, v. ROBERT GLENN GARNER, Appellant.

THE COURT.—■   The docket maintained by the judge in the justice court which tried this case establishes without conflict that the defendant was not informed of his civil rights. This was error.

The judgment is reversed and the action remanded for further proceedings.